IN THE UNITED STATES BANKRUPTCY COURT
IN THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:  
LATOYA SHANELLE NORWOOD  
1445 ROCKHILL RD.  
SARDIS, MS 38666-

BANKRUPTCY NO: 08-14315

## NOTICE AND MOTION TO DISMISS

**COMES NOW**, Locke D. Barkley, the duly appointed and qualified Standing **TRUSTEE** in the above cause and moves to dismiss the above proceeding for the reason that the **DEBTOR** has failed to make payments into the plan as required by Chapter 13 of the Bankruptcy Code.

**NOTICE IS HEREBY GIVEN**, to the **DEBTOR** herein, that unless the below required sum is received by the **TRUSTEE**, or a written responsive pleading is filed with the Clerk of the Court with a copy to the **TRUSTEE** prior to the below depicted due date, the Chapter 13 proceeding of the above **DEBTORS** will be dismissed.

**WHEREFORE, TRUSTEE** moves this Court to enter its Order of Dismissal unless said sum is received as set out herein or said responsive pleading is properly filed.

**DATED: 04/12/2011**

**AMOUNT DUE: $9342.00**
(As of 4/7/11 thru end of April 2011)
Plus accruing payments

**DATE DUE: 05/03/2011**

Locke D. Barkley  
Chapter 13 Trustee  
P.O. Box 1859  
Memphis, TN 38101-1859  
**(PAYMENTS ONLY)**

Locke D. Barkley  
Chapter 13 Trustee  
P. O. Box 55829  
Jackson Ms 39296-5829  
(601) 355-6661  
**(CORRESPONDENCE)**

## CERTIFICATE OF SERVICE

I, Locke D. Barkley, Standing Trustee, do hereby certify that I have electronically filed the foregoing with the Clerk of Court using CM/ECF system, and hereby further certify that I have served a copy of the foregoing upon the debtor(s), debtor's attorney of record and to the Office of the U.S. Trustee via electronic notice or mail.

**DATED: 04/12/2011**

/s/ Locke D Barkley  
LOCKE D. BARKLEY  
CHAPTER 13 TRUSTEE

DEBTOR'S ATTORNEY

ROBERT GAMBRELL  
GAMBRELL AND ASSOCIATES  
101 RICKY D BRITT SR BLVD STE 3  
OXFORD, MS 38655-