## IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:   CHAPTER 13 NO.:

LATOYA SHANELLE NORWOOD   08-14315-DWH

### ORDER GRANTING MOTION TO DISMISS

THIS MATTER came before the Court on Trustee's Motion to Dismiss (Dkt#154) after notice and opportunity for hearing, and the Court, being fully advised in the premises, does hereby find and Order as follows:

1. No response to the motion was timely filed.

2. Trustee's Motion to Dismiss (Dkt#154) shall be and is hereby sustained.

3. This case shall be and is hereby dismissed.

SO ORDERED this the 11th day of May, 2011.

_____
U. S. BANKRUPTCY JUDGE

SUBMITTED BY:

/s/ G. Adam Sanford
ATTORNEYS FOR TRUSTEE
W. Jeffrey Collier (MSB 10645)
G. Adam Sanford (MSB 103482)
817 E. River Place
Post Office Box 55829
Jackson, Miss. 39296
(601) 355-6661
ssmith@barkley13.com